```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

SOUTH PASS DEVELOPMENT COMPANY, LLC                    PLAINTIFF

      v.          Civil No. 05-5180

DOUGLAS CUMMINGS                                       DEFENDANT

### ORDER

Now on this 30th day of November, 2005, comes on for consideration **Plaintiff's Motion to Dismiss Without Prejudice** (document #6), and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted**, and this matter is **dismissed without prejudice**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE